ACCEPTED
04-14-00641-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/3/2015 4:32:36 PM
KEITH HOTTLE
CLERK

**NO. 04-14-00641-CV**

---

**IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS
AT SAN ANTONIO, TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/3/2015 4:32:36 PM
KEITH E. HOTTLE
Clerk

---

**ROBERT MARX AND DEBBIE MARX,**

**Appellants,**

**V.**

**FDP, LP,**

**Appellee.**

---

**On Appeal From the 81st Judicial
District Court of Wilson County, Texas,
Trial Court Cause No. 12-03-0101-CVW**

---

**APPELLEE'S UNOPPOSED FIRST MOTION FOR
EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

---

TO THE HONORABLE FOURTH COURT OF APPEALS:

Appellee FDP, LP ("Appellee") files this Unopposed First Motion For Extension Of Time To File Appellee's Brief and would show as follows:

1.     The brief of appellee is due to be filed on or before Monday, February 9, 2015.  Appellee requests an extension of time of 30 days to file

the appellee's brief to Wednesday, March 11, 2015.

2.      This motion is unopposed.

3.      The trial court signed the final judgment in this case on August 11, 2014.  Appellants served their notice of appeal on September 4, 2014.  The clerk's record was filed on October 9, 2014, and supplemental clerk's records were filed on October 16, 2014, and October 28, 2014.  There is no reporter's record in this case.  After an extension of time to file their brief, the brief of appellants was filed on January 9, 2015.  Appellee's brief is due to be filed on or before February 9, 2015.

4.      Appellee requests a 30 day extension of time to Wednesday, March 11, 2015, to file its brief of appellee for the reasons stated herein.  This request for extension of time is unopposed.

5.      Vincent Lee Marable III is lead appellate counsel for Appellee.  Mr. Marable needs the additional time due to conflicting appellate and trial commitments in other cases as described below:

a.      Mr. Marable is lead appellate counsel for the appellants in Appeal No. 14-14-00384-CV; Ajaz R. Siddiqui, Najeeb Siddiqui, and Suncoast Environmental and Construction, Inc. v. Farhan S. Qureshi; and Syed Khalid Ali; In the Fourteenth Court of Appeals, Houston, Texas, which is an appeal from a bench trial awarding actual and exemplary damages.  The record includes 26 volumes of trial exhibits.  After an extension of time, the brief of appellants was filed

on February 2, 2015. Mr. Marable has spent the better part of January of 2015 completing the brief of appellants in the above case.

b.  Prepare response to plea in abatement and prepare for oral hearing regarding same, prepare for and attend mediation and prepare response to motions to quash subpoenas in Cause No. 2014-67442; Joby A. Hughes, PLLC and Joby A. Hughes v. W. Perry Zivley Jr., and Chandler, Mathis & Zivley, P.C.; In the 165th Judicial District Court of Harris County, Texas, and in Cause No. CV-03577-14-11; Chandler, Mathis & Zivley, P.C. and W. Perry Zivley, Jr. v. Joby A. Hughes and Joby A. Hughes, PLLC; In the District Court of Angelina County, Texas.

c.  Attend to appellate issues, motion for new trial and severance issues in Cause No. 12-13130-012-10; Burlington Resources Oil & Gas Company LP v. Petromax Operating Co., Inc., et al.; In the 12th Judicial District Court of Madison County, Texas.

For the foregoing reasons, Appellee requests that this Court grant this unopposed extension of time to Wednesday, March 11, 2015, to file the Appellee's Brief.

Respectfully submitted,

**PAUL WEBB, P.C.**

  /s/   Vincent L. Marable III
**VINCENT L. MARABLE III**
trippmarable@sbcglobal.net
State Bar No. 12961600

221 N. Houston
Wharton, Texas   77488
Telephone:          (979) 532-5331
Telecopier:          (979) 532-2902


**GILBERT ADAMS LAW OFFICES**


  /s/   Gilbert T. Adams, III
**GILBERT T. ADAMS, III**
gilbert@gta-law.com
State Bar No. 00790201

1855 Calder Avenue at Third
P. O. Drawer 3688
Beaumont, Texas   77704
Telephone:          (409) 835-3000
Telecopier:          (409) 832-6162


**ATTORNEYS FOR APPELLEE FDP, LP**

**CERTIFICATE OF CONFERENCE**

Counsel for Appellee (Vincent L. Marable III) has discussed this requested extension of time with counsel for Appellants (Kirk Dockery). Counsel for Appellants is unopposed to the requested extension of time.

  /s/   Vincent L. Marable III            
**VINCENT L. MARABLE III**

# CERTIFICATE OF SERVICE

I certify that on February 3, 2015, a true and correct copy of the above and foregoing Appellees Unopposed First Motion For Extension Of Time To File Appellee's Brief was forwarded to all counsel of record by the Electronic Filing Service Provider, if registered; a true and correct copy of this document was forwarded to all counsel of record not registered with an Electronic Filing Service Provider by certified mail return receipt requested, addressed as follows:

Kirk Dockery
kirkdockery@gmail.com
Scott R. Donaho
srdonaho@floresville.net
The Law Offices of Donaho & Dockery, P.C.
P. O. Box 459
Floresville, Texas   78114

[ Counsel for Appellants Robert Marx and Debbie Marx ]

/s/   Vincent L. Marable III
**VINCENT L. MARABLE III**